IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ROBERT G. LOPEZ, an individual, )
)
        Plaintiff, )
)
v. ) Civil Action No. 16-CV-10054 (VSB)
)
REDBUBBLE, INC. )
)
        Defendant. )

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff, Robert G. Lopez, that the above captioned action is hereby dismissed with prejudice and without Court cost or fees to any party against the other.

Dated: February 17, 2017

**ROBERT G. LOPEZ**

By: _____
Robert G. Lopez -Pro Se Plaintiff
230 Clinton Street – Apt. #11G
New York, New York 10002
(917) 868-1698

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 2/17/17

SO ORDERED:

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I, Robert G. Lopez, hereby certify that on February 17, 20167, a copy of the Stipulation of Dismissal was served by email upon Jimmy Toy, Esq., jimmy.toy@redbubble.com.