_____
Vernon S. Broderick
United States District Judge
3/6/2017

Case 1:16-cv-10054-VSB Document 4 Filed 02/07/17 Page 2 of 2